UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. |
| ) | 2005-MJ-0466-RBC-1 |
| DUSTIN TAYLOR ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Cynthia DeCaire, United States Marshals Service, do hereby make oath before the Honorable Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Dustin Taylor for violation of the terms and conditions of release in the matter of *United States of America v. Dustin Taylor*, 05-MJ-70-23-JM in the District of New Hampshire, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Cynthia DeCaire
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this  1  day of  Sept, 2005.

Robert B. Collings
United States Magistrate Judge

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                         Case No. 05-mj-70-23-JM

Dustin Taylor

## WARRANT FOR ARREST

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Dustin Taylor and bring him forthwith to the nearest magistrate judge to answer a bail violation See Attached charging him with

See Attached

in violation of See Attached.

ISSUED BY: _____
Ann Mulvee
Deputy Clerk

DATE: September 1, 2005

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST |  |  |

1/22/83

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                     Case No. 05-mj-70-23-JM

Dustin Taylor

## WARRANT FOR ARREST

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Dustin Taylor and bring him forthwith to the nearest magistrate judge to answer a bail violation See Attached charging him with

See Attached

in violation of See Attached.

DATE: September 1, 2005

ISSUED BY: _____
Ann Mulvee
Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

1/22/83

** TOTAL PAGE.02 **