AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____ District of ____ MASSACHUSETTS

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| DUSTIN TAYLOR | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2005-MJ-0466-RBC-1 | 2005-MJ-70-23-JM |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)   PETITION

charging a violation of _____ U.S.C. § _____   CONDITIONS OF RELEASE

**DISTRICT OF OFFENSE**

NEW HAMPSHIRE

**DESCRIPTION OF CHARGES:**

VIOLATION OF CONDITIONS OF RELEASE

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Defendant waived identity hearing. Def't did not have right to Detention Hearing in MA.

**Representation:**   ☐ Retained Own Counsel   ☐ Federal Defender Organization   X CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language: _____

**DISTRICT OF** NEW HAMPSHIRE

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

9/2/2005
Date

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |